# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:06-cv-00147-W

| | |
|---|---|
| JOHN G. HEINEMANN, individually, and derivatively, as a shareholder of NEW MILLENNIUM REALTY, INC., a North Carolina corporation; HEINEMANN, INC., a North Carolina corporation, and LEAD GENERATION SYSTEMS, INC., a North Carolina corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>KRISTOFFER M. BOSCHELE; NATALIE D. BOSCHELE; BOSCHELE, INC., a North Carolina Corporation; YOUR NEW HOME REALTY, INC., a North Carolina corporation; YOUR HOME SUPERSTORE, INC., a North Carolina corporation; GB HOME BUILDERS AT CENTRAL PARK, LLC, a North Carolina limited liability company; GB HOME BUILDERS AT HILTON MEADOWS, LLC, a North Carolina limited liability company; GB HOME BUILDERS AT HOOVER CIRCLE, LLC, a North Carolina limited liability company; GB HOME BUILDERS AT PLAZA PARK, LLC, a North Carolina limited liability company; GB HOME BUILDERS AT WALNUT CREEK, LLC, a North Carolina limited liability company; GB HOME BUILDERS, LLC, a North Carolina limited liability company; RANDY JORDAN; LU'AYY NAJJAR; LUNAR RESOURCES, INC., a North Carolina corporation; JAKE EMMET; BRIAN KELLY; KEITH KILLION; MELISSA McCAULY; and JOHN DOES NOS. 1-10,<br><br>      Defendants. | **ORDER** |

THIS MATTER is before the Court on Defendant Keith Killion's Motion for Costs and Attorneys' Fees (Doc. No. 28), filed May 23, 2007. Defendant has failed to present any compelling reason why this is an "exceptional case" pursuant to 15 U.S.C. § 1117(a). Accordingly, Defendant's Motion is denied.

**IT IS, THEREFORE, ORDERED** that Defendant Keith Killion's Motion for Attorneys' Fees and Costs (Doc. No. 28) is DENIED..

**IT IS SO ORDERED.**

Signed: September 13, 2007

Frank D. Whitney
United States District Judge